**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kimberly Ann Covert <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 16-23570 GLT |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8136

                          Respectfully submitted,

                          **/s/ Joshua I. Goldman, Esquire**
                          Joshua I. Goldman, Esquire
                          jgoldman@kmllawgroup.com
                          Attorney I.D. No. 205047
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106
                          Phone: 215-825-6306
                          Fax: 215-825-6406
                          Attorney for Movant/Applicant