# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                    )
                                          )
KIMBERLY ANN COVERT,                      ) Case No: 16-23570-GLT
                                          )
            Debtor,                       ) Chapter 13
                                          )
KIMBERLY ANN COVERT,                      )
                                          ) Related to Document No.: 25
            Movant,                       )
                                          ) Hearing Date: 04/19/2017
            v.                            )
                                          ) Hearing Time: 9:30 AM
NO RESPONDENT.                            )
                                          ) Response Deadline: 03/27/2017
RONDA J. WINNECOUR, Trustee.              )

## CERTIFICATE OF NO OBJECTION REGARDING
## MOTION TO EMPLOY SPECIAL COUNSEL

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Employ Special Counsel filed on March 10, 2017 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Employ Special Counsel appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Employ Special Counsel were to be filed and served no later than March 27, 2017.

It is hereby respectfully requested that the Order attached to the Motion to Employ Special Counsel be entered by the Court.

March 28, 2017

                                          /s/ Dai Rosenblum
                                          Dai Rosenblum, for the Debtors
                                          254 New Castle Road, Suite B
                                          Butler, PA  16001-2529
                                          (724) 283-2900 PA ID No. 31802
                                          dailaw@earthlink.net