**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: ) | |
| ) | |
| KIMBERLY ANN COVERT, ) | Case No: 16-23570-GLT |
| ) | |
| Debtor, ) | Chapter 13 |
| ) | |
| KIMBERLY ANN COVERT, ) | |
| ) | Related to Document No.: 29 |
| Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| NO RESPONDENT. ) | |
| ) | |
| RONDA J. WINNECOUR, Trustee. ) | |

### CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION TO EMPLOY SPECIAL COUNSEL

I, Dai Rosenblum, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses on specified below, on April 3, 2017. The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was partly by first class United States mail and partly by electronic notification.

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

*Service by First-Class Mail:*

Kimberly Ann Covert
138 Andlers Lane
Renfrew, PA 16053

Joseph M. Kecskemethy
101 East Diamond Street
Butler, PA 16001

Americredit Financial Services dba GM Financial
PO Box 183853
Arlington TX 76096

Department of Education/Nelnet
121 S. 13th St.
Lincoln, NE 68508

FNB Consumer Discount Co.
156 S. Broad St.
P.O. Box 8
Grove City, PA 16127

GM Financial
P.O. Box 183834
Arlington, TX 76096-3834

Jennifer Duncan
100 Andlers Lane
Renfrew, PA 16053

KLM Law Group, P.C.
701 Market Street
Philadelphia, PA 19106

Nelnet/Dept. of Education
121 S . 13th St.
Lincoln, NE 68508

Peoples TWP LLC
c/o S. James Wallace, P.C.
845 North Lincoln Avenue
Pittsburgh, PA 15233

Peoples TWP LLC
c/o Barbara Rodgers
375 North Shore Drive
Pittsburgh, PA 15212

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Robert G. Covert
138 Andlers Lane
Renfrew, PA 16053

Robert G. Covert
416 Mitchell Avenue
Butler, PA 16001

Robert G. Covert
416 Mitchell Avenue
Butler, PA 16001

Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619

Springleaf Financial Services of PA Inc.
American General Financial Services Inc.
c/o Shapiro DeNardo LLC
3600 Horizon Drive, Ste 150
King of Prussia, PA 19406

Stephanie Kobil, DMD LLC
257 Pittsburgh Road
Butler, PA 16002

SYNCB/Amazon
P.O. Box 965015
Orlando, FL 32896

U.S. Department of Education C/O Nelnet
121 S 13TH ST, SUITE 201
LINCOLN, NE 68508

Victor Vouga, Esquire
130 East Jefferson Street
Butler, PA 16001

Wilmington Savings Fund Society FSB as Trustee, Carlsbad Funding Mortgage Trust
500 Delaware Avenue
11th Floor
Wilmington, DE 19801

***Service by Electronic Notification (via Notice of Electronic Filing, and via direct e-mail if indicated):***

**Ronda J. Winnecour**
Not served directly per Trustee's request, NEF only

**S. James Wallace**
**Peoples TWP LLC**
sjw@sjwpgh.com

**Office of the United States Trustee**
ustpregion03.pi.ecf@usdoj.gov

**Joshua I. Goldman**
**Wilmington Savings Fund Society, FSB**
jgoldman@kmllawgroup.com

Executed on: April 3, 2017

  /s/ Dai Rosenblum, Esq.
Dai Rosenblum, Esquire
Suite B, 254 New Castle Road
Butler, PA 16001-2529
724-283-2900    Pa. ID# 31802
dailaw@earthlink.net