FILED
11/20/17 12:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | ) |
| | ) |
| KIMBERLY ANN COVERT, | ) |
| | ) Case No: 16-23570-GLT |
| Debtor. | ) |
| | ) Chapter 13 |
| KIMBERLY ANN COVERT, | ) |
| | ) Related to Dkt. No.: 39 |
| Movant, | ) |
| | ) |
| v. | ) |
| | ) |
| RUSHMORE LOAN MANAGEMENT | ) Hearing: December 20, 2017 at 9:00 a.m. |
| SERVICES, LLC and | ) |
| RONDA J. WINNECOUR, Trustee. | ) |

## MODIFIED ORDER

Upon motion of the Debtor's Counsel, on behalf of the Debtor, with good cause shown, it is ORDERED that the Hearing on the Debtor's Objection to Notice of Postpetition Fees, Expenses, and Charges of Rushmore Loan Management Services at Dkt. No. 39, scheduled for November 22, 2017 is **RESCHEDULED** to be held on **December 20, 2017 at 9:00 a.m**. in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee.  Movant shall file a certificate of service within 3 days hereof.

Dated:  November 20, 2017

_____
Judge Gregory L. Taddonio
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Kimberly Ann Covert
    Debtor

Case No. 16-23570-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: culy                    Page 1 of 1              Date Rcvd: Nov 20, 2017
                   Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db             +Kimberly Ann Covert,    138 Andlers Lane,    Renfrew, PA 16053-9654

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
      Dai  Rosenblum    on behalf of Debtor Kimberly Ann Covert dunmyrem@zoominternet.net,
       dailaw@earthlink.net;dailaw2@earthlink.net;pjbz@zoominternet.net;jmp8618@gmail.com
      James    Warmbrodt     on behalf of Creditor   Rushmore Loan Management Services, LLC
       bkgroup@kmllawgroup.com
      James    Warmbrodt     on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
       Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
       bkgroup@kmllawgroup.com
      Joshua I. Goldman     on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
       Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
       bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      S. James Wallace    on behalf of Creditor   Peoples TWP LLC sjw@sjwpgh.com,
       srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                              TOTAL: 7