IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>KIMBERLY ANN COVERT,<br>　　**Debtor(s)**<br><br>AMERICREDIT FINANCIAL SERVICES, INC.<br>dba GM FINANCIAL,<br>　　**Movant**<br><br>v.<br><br>KIMBERLY ANN COVERT,<br>　　**Respondent(s)**<br><br>RONDA J. WINNECOUR,<br>　　**Trustee** | Bankruptcy No. 16-23570-GLT<br><br>Chapter 13<br><br>Related To Document No. 88 and 89<br><br>**Response Deadline:  3/19/21**<br><br>**Hearing Date:  4/7/21 at 2:30 PM** |

**CERTIFICATE OF SERVICE**

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on March 2, 2021, I served by United States mail, first class, postage prepaid, the Notice Of Zoom Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

Kimberly Ann Covert
138 Andlers Lane
Renfrew, PA 16053
(Debtor)

Dai Rosenblum, Esq.
254 New Castle Road Suite B
Butler, PA 16001-2529
(Attorney For Debtor)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100
bcraig@mortoncraig.com