**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/16/21 10:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>KIMBERLY ANN COVERT<br><br>Debtor(s)<br>Ronda J. Winnecour, Trustee<br>Movant<br>vs.<br>KIMBERLY ANN COVERT<br><br><br>Respondents | Case No.16-23570GLT<br><br>Chapter 13<br><br>Related to Docket No. 101 |

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this ___16th Day of September, 2021___, it is hereby ORDERED, ADJUDGED, and DECREED that,

> Butler Area School District
> Attn: Payroll Manager
> 110 Campus Ln
> Butler, PA 16001

is hereby ordered to immediately terminate the attachment of the wages of KIMBERLY ANN COVERT, social security number XXX-XX-6910. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of KIMBERLY ANN COVERT.

FURTHER ORDERED:

BY THE COURT:

_____
drb
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 16-23570-GLT |
| Kimberly Ann Covert | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Sep 16, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2021:**

**Recip ID        Recipient Name and Address**
db              + Kimberly Ann Covert, 138 Andlers Lane, Renfrew, PA 16053-9654

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2021 at the address(es) listed below:

**Name**          **Email Address**

Brian Nicholas
                  on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bnicholas@kmllawgroup.com

Brian Nicholas
                  on behalf of Creditor Rushmore Loan Management Services  LLC bnicholas@kmllawgroup.com

Dai Rosenblum
                  on behalf of Debtor Kimberly Ann Covert Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Joshua I. Goldman
                  on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Maria Miksich
                  on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust,

District/off: 0315-2　　　　　　　　　　　　　　　User: mgut　　　　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Sep 16, 2021　　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　　　Total Noticed: 1

    Series 2016-CTT mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

S. James Wallace
    on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10