Form 604

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Kimberly Ann Covert** | : | Case No. 16−23570−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 107 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 12/22/21 at 11:00 AM |
| | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE
### FOR RESPONSE AND HEARING ON MOTION

*AND NOW,* this *The 26th of October, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 107 by the Chapter 13 Trustee,

It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

(1) *On or before December 9, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *December 22, 2021 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are ***required*** to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE without further notice or hearing.*

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:

Kimberly Ann Covert

    Debtor

Case No. 16-23570-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: 604 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Ann Covert, 138 Anders Lane, Renfrew, PA 16053-9654 |
| sp | + | Joseph M. Kecskemethy, 101 East Diamond Street, Butler, PA 16001-5923 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Peoples TWP LLC, c/o Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14300644 | + | FNB Consumer Discount Co., 156 S. Broad St., P.O. Box 8, Grove City, PA 16127-0008 |
| 14300646 | + | Jennifer Duncan, 100 Anders Lane, Renfrew, PA 16053-9654 |
| 14294635 | + | KLM Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14345673 | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14294636 | + | Robert G. Covert, 416 Mitchell Avenue, Butler, PA 16001-5467 |
| 14294637 | + | Robert G. Covert, 138 Anders Lane, Renfrew, PA 16053-9654 |
| 14363770 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14294638 | + | Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14294639 | + | Springleaf Financial Services of PA Inc., American General Financial Services Inc., c/o Shapiro DeNardo LLC, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14300653 | + | Stephanie Kobil, DMD LLC, 257 Pittsburgh Road, Butler, PA 16002-3953 |
| 15400674 | + | U.S. Bank National Association, et. al., C/O Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14364418 | | US Department of Education, P.O. Box 16448, St. Paul, MN 55116-0448 |
| 14294641 | + | Wilmington Savings Fund Society FSB as, Trustee, Carlsbad Funding Mortgage Trust, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2021 23:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2021 23:47:32 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14315344 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2021 23:35:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14303784 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2021 23:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14300643 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 26 2021 23:36:00 | Department of Education/Nelnet, 121 S. 13th St., Lincoln, NE 68508-1904 |
| 14300645 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2021 23:35:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 14300648 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 26 2021 23:36:00 | Nelnet/Dept. of Education, 121 S . 13th St., Lincoln, NE 68508-1904 |

| 14295020 | Email/PDF: rmscedi@recoverycorp.com | | |
| | | Oct 26 2021 23:47:31 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14300654 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Oct 26 2021 23:47:27 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14307270 | + Email/Text: electronicbkydocs@nelnet.net | | |
| | | Oct 26 2021 23:36:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 14364418 | Email/Text: EDBKNotices@ecmc.org | | |
| | | Oct 26 2021 23:35:00 | US Department of Education, P.O. Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rushmore Loan Management Services, LLC |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | Americredit Financial Services Inc. dba GM Financ., P O Box 183853, Arlington, TX 76096-3853 |
| 14300647 | *+ | KLM Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14300649 | *+ | Robert G. Covert, 416 Mitchell Avenue, Butler, PA 16001-5467 |
| 14300650 | *+ | Robert G. Covert, 138 Andlers Lane, Renfrew, PA 16053-9654 |
| 14300651 | *+ | Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14300652 | *+ | Springleaf Financial Services of PA Inc., American General Financial Services Inc., c/o Shapiro DeNardo LLC, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14300656 | *+ | Victor Vouga, Esquire, 130 East Jefferson Street, Butler, PA 16001-5919 |
| 14300657 | *+ | Wilmington Savings Fund Society FSB as, Trustee, Carlsbad Funding Mortgage Trust, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |
| 14300655 | ##+ | Victor E. Vouga, 130 East Jefferson Street, Butler, PA 16001-5919 |
| 14294640 | ##+ | Victor Vouga, Esquire, 130 East Jefferson Street, Butler, PA 16001-5919 |

TOTAL: 3 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2021 | Signature: | /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor Rushmore Loan Management Services  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bnicholas@kmllawgroup.com |

District/off: 0315-2                                    User: dbas                                    Page 3 of 3

Date Rcvd: Oct 26, 2021                                Form ID: 604                                Total Noticed: 27

Dai Rosenblum
> on behalf of Debtor Kimberly Ann Covert Jody@dairosenblumbankruptcy.com
> Dai@dairosenblumbankruptcy.com;Michael1@dairosenblumbankruptcy.com

Joshua I. Goldman
> on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad
> Funding Mortgage Trust jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Maria Miksich
> on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust,
> Series 2016-CTT mmiksich@kmllawgroup.com

Office of the United States Trustee
> ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
> cmecf@chapter13trusteewdpa.com

S. James Wallace
> on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
> PNGbankruptcy@peoples-gas.com

S. James Wallace
> on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
> on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com,
> mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 10