**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>KIMBERLY ANN COVERT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:16-23570<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2021

/s/   Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/23/2016 and confirmed on 11/18/16. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 155,694.04 |
| Less Refunds to Debtor | 2,960.14 | |
| TOTAL AMOUNT OF PLAN FUND | | 152,733.90 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,000.00 | |
|   Trustee Fee | 7,270.16 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,270.16 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA - TRUSTEE RMAC TRUST SE<br>  Acct: 8136 | 0.00 | 82,989.52 | 0.00 | 82,989.52 |
|   US BANK NA - TRUSTEE RMAC TRUST SE<br>  Acct: 8136 | 38,717.50 | 38,717.50 | 0.00 | 38,717.50 |
|   AMERICREDIT FINANCIAL SVCS INC DBA<br>  Acct: 5799 | 16,483.48 | 16,483.48 | 0.00 | 16,483.48 |
|   AMERICREDIT FINANCIAL SVCS INC DBA<br>  Acct: 5799 | 206.39 | 206.39 | 0.00 | 206.39 |
| | | | | 138,396.89 |
| **Priority** | | | | |
|   DAI ROSENBLUM ESQ<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KIMBERLY ANN COVERT<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KIMBERLY ANN COVERT<br>  Acct: | 2,960.14 | 2,960.14 | 0.00 | 0.00 |
|   DAI ROSENBLUM ESQ<br>  Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   US BANK NA - TRUSTEE RMAC TRUST SE<br>  Acct: 8136 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK NA - TRUSTEE RMAC TRUST SE<br>  Acct: 8136 | 500.00 | 500.00 | 0.00 | 500.00 |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP I<br>  Acct: 4194 | 0.00 | 1,846.32 | 0.00 | 1,846.32 |
| | | | | 2,346.32 |
| **Unsecured** | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP I<br>  Acct: 9582 | 1,279.12 | 93.58 | 0.00 | 93.58 |
|   US DEPARTMENT OF EDUCATION<br>  Acct: 6910 | 217.45 | 15.91 | 0.00 | 15.91 |
|   FNB CONSUMER DISCOUNT CO++<br>  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|   Acct: 5799 | | | | |
|   JENNIFER DUNCAN | 3,000.00 | 219.48 | 0.00 | 219.48 |
|   Acct: 6910 | | | | |
|   US DEPARTMENT OF EDUCATION | 19,020.84 | 1,391.56 | 0.00 | 1,391.56 |
|   Acct: 6910 | | | | |
|   ROBERT COVERT | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   STEPHANIE KOBIL DMD LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0481 | | | | |
|   VICTOR VOUGA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   AMERICREDIT FINANCIAL SVCS INC DBA | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 5799 | | | | |
|   SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: XXXXXPRAE | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0818 | | | | |
|   SHAPIRO & DENARDO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0818 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 0818 | | | | |
|   WILLIAM E CRAIG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
|   US BANK NA - TRUSTEE | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| | | | | 1,720.53 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 142,463.74 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 500.00 |
| SECURED | 55,407.37 |
| UNSECURED | 23,517.41 |

Date: 10/25/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   KIMBERLY ANN COVERT<br><br>         Debtor(s)<br><br>   Ronda J. Winnecour<br>         Movant<br>       vs.<br>   No Repondents. | Case No.:16-23570<br><br>Chapter 13<br><br>Document No.: |

**ORDER OF COURT**

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                                                                                                    BY THE COURT:

                                                                                                   _____
                                                                                                   U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Kimberly Ann Covert  
    Debtor

Case No. 16-23570-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 3  
Date Rcvd: Oct 26, 2021      Form ID: pdf900      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Ann Covert, 138 Andlers Lane, Renfrew, PA 16053-9654 |
| sp | + | Joseph M. Kecskemethy, 101 East Diamond Street, Butler, PA 16001-5923 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Peoples TWP LLC, c/o Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14300644 | + | FNB Consumer Discount Co., 156 S. Broad St., P.O. Box 8, Grove City, PA 16127-0008 |
| 14300646 | + | Jennifer Duncan, 100 Andlers Lane, Renfrew, PA 16053-9654 |
| 14294635 | + | KLM Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14345673 | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14294636 | + | Robert G. Covert, 416 Mitchell Avenue, Butler, PA 16001-5467 |
| 14294637 | + | Robert G. Covert, 138 Andlers Lane, Renfrew, PA 16053-9654 |
| 14363770 | + | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14294638 | + | Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14294639 | + | Springleaf Financial Services of PA Inc., American General Financial Services Inc., c/o Shapiro DeNardo LLC, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14300653 | + | Stephanie Kobil, DMD LLC, 257 Pittsburgh Road, Butler, PA 16002-3953 |
| 15400674 | + | U.S. Bank National Association, et. al., C/O Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14364418 | | US Department of Education, P.O. Box 16448, St. Paul, MN 55116-0448 |
| 14294641 | + | Wilmington Savings Fund Society FSB as, Trustee, Carlsbad Funding Mortgage Trust, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2021 23:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2021 23:47:11 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14315344 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2021 23:35:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14303784 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2021 23:35:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14300643 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 26 2021 23:36:00 | Department of Education/Nelnet, 121 S. 13th St., Lincoln, NE 68508-1904 |
| 14300645 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 26 2021 23:35:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 14300648 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 26 2021 23:36:00 | Nelnet/Dept. of Education, 121 S . 13th St., Lincoln, NE 68508-1904 |

Case 16-23570-GLT  Doc 112  Filed 10/28/21  Entered 10/29/21 00:33:36  Desc
Imaged Certificate of Notice  Page 6 of 7

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14295020 | | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2021 23:47:31 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14300654 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2021 23:47:17 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14307270 | + | Email/Text: electronicbkydocs@nelnet.net | Oct 26 2021 23:36:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 14364418 | | Email/Text: EDBKNotices@ecmc.org | Oct 26 2021 23:35:00 | US Department of Education, P.O. Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 11

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rushmore Loan Management Services, LLC |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | Americredit Financial Services Inc. dba GM Financ., P O Box 183853, Arlington, TX 76096-3853 |
| 14300647 | *+ | KLM Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14300649 | *+ | Robert G. Covert, 416 Mitchell Avenue, Butler, PA 16001-5467 |
| 14300650 | *+ | Robert G. Covert, 138 Andlers Lane, Renfrew, PA 16053-9654 |
| 14300651 | *+ | Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14300652 | *+ | Springleaf Financial Services of PA Inc., American General Financial Services Inc., c/o Shapiro DeNardo LLC, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14300656 | *+ | Victor Vouga, Esquire, 130 East Jefferson Street, Butler, PA 16001-5919 |
| 14300657 | *+ | Wilmington Savings Fund Society FSB as, Trustee, Carlsbad Funding Mortgage Trust, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |
| 14300655 | ##+ | Victor E. Vouga, 130 East Jefferson Street, Butler, PA 16001-5919 |
| 14294640 | ##+ | Victor Vouga, Esquire, 130 East Jefferson Street, Butler, PA 16001-5919 |

TOTAL: 3 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rushmore Loan Management Services  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bnicholas@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Oct 26, 2021 | Form ID: pdf900 | Total Noticed: 27 |

Dai Rosenblum
    on behalf of Debtor Kimberly Ann Covert Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com

Joshua I. Goldman
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com

Maria Miksich
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

S. James Wallace
    on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

William E. Craig
    on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

TOTAL: 10