| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Kimberly Ann Covert** | Social Security number or ITIN | **xxx–xx–6910** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number: | **16–23570–GLT** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kimberly Ann Covert

12/13/21

**By the court:**    Gregory L. Taddonio
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                            Case No. 16-23570-GLT

Kimberly Ann Covert                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                    User: mgut                                                    Page 1 of 3
Date Rcvd: Dec 13, 2021                      Form ID: 3180W                                     Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Ann Covert, 138 Andlers Lane, Renfrew, PA 16053-9654 |
| sp | + | Joseph M. Kecskemethy, 101 East Diamond Street, Butler, PA 16001-5923 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Peoples TWP LLC, c/o Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14300644 | + | FNB Consumer Discount Co., 156 S. Broad St., P.O. Box 8, Grove City, PA 16127-0008 |
| 14300646 | + | Jennifer Duncan, 100 Andlers Lane, Renfrew, PA 16053-9654 |
| 14294635 | + | KLM Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14345673 | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14294636 | + | Robert G. Covert, 416 Mitchell Avenue, Butler, PA 16001-5467 |
| 14294637 | + | Robert G. Covert, 138 Andlers Lane, Renfrew, PA 16053-9654 |
| 14363770 | #+ | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14294638 | + | Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14294639 | + | Springleaf Financial Services of PA Inc., American General Financial Services Inc., c/o Shapiro DeNardo LLC, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14300653 | + | Stephanie Kobil, DMD LLC, 257 Pittsburgh Road, Butler, PA 16002-3953 |
| 15400674 | | U.S. Bank National Association, et. al., C/O Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14294641 | + | Wilmington Savings Fund Society FSB as, Trustee, Carlsbad Funding Mortgage Trust, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Dec 14 2021 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2021 23:10:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Dec 14 2021 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 13 2021 23:10:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Dec 14 2021 04:03:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | | |

District/off: 0315-2                                  User: mgut                                          Page 2 of 3
Date Rcvd: Dec 13, 2021                              Form ID: 3180W                              Total Noticed: 29

|  |  |  | Dec 13 2021 23:09:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr |  | EDI: RECOVERYCORP.COM | Dec 14 2021 04:08:00 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14315344 |  | EDI: PHINAMERI.COM | Dec 14 2021 04:03:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14303784 | + | EDI: PHINAMERI.COM | Dec 14 2021 04:03:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14300643 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 13 2021 23:10:00 | Department of Education/Nelnet, 121 S. 13th St., Lincoln, NE 68508-1904 |
| 14300645 |  | EDI: PHINAMERI.COM | Dec 14 2021 04:03:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 14300648 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 13 2021 23:10:00 | Nelnet/Dept. of Education, 121 S . 13th St., Lincoln, NE 68508-1904 |
| 14345673 | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2021 23:09:00 | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14295020 |  | EDI: RECOVERYCORP.COM | Dec 14 2021 04:08:00 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14300654 | + | EDI: RMSC.COM | Dec 14 2021 04:03:00 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14307270 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 13 2021 23:10:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 14364418 |  | EDI: ECMC.COM | Dec 14 2021 04:03:00 | US Department of Education, P.O. Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | Rushmore Loan Management Services, LLC |
| cr |  | U.S. Bank National Association, not in its individ |
| cr |  | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | Americredit Financial Services Inc. dba GM Financ., P O Box 183853, Arlington, TX 76096-3853 |
| 14300647 | *+ | KLM Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14300649 | *+ | Robert G. Covert, 416 Mitchell Avenue, Butler, PA 16001-5467 |
| 14300650 | *+ | Robert G. Covert, 138 Andlers Lane, Renfrew, PA 16053-9654 |
| 14300651 | *+ | Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14300652 | *+ | Springleaf Financial Services of PA Inc., American General Financial Services Inc., c/o Shapiro DeNardo LLC, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14300656 | *+ | Victor Vouga, Esquire, 130 East Jefferson Street, Butler, PA 16001-5919 |
| 14300657 | *+ | Wilmington Savings Fund Society FSB as, Trustee, Carlsbad Funding Mortgage Trust, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |
| 14300655 | ##+ | Victor E. Vouga, 130 East Jefferson Street, Butler, PA 16001-5919 |
| 14294640 | ##+ | Victor Vouga, Esquire, 130 East Jefferson Street, Butler, PA 16001-5919 |

TOTAL: 3 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021                     Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Rushmore Loan Management Services  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Kimberly Ann Covert Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Joshua I. Goldman | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| S. James Wallace | on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11