**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/13/21 12:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

KIMBERLY ANN COVERT

     Debtor(s)

Ronda J. Winnecour
     Movant
     vs.
No Repondents.

Case No.:16-23570

Chapter 13

Related to Docket No. 107

ORDER OF COURT

   AND NOW, this _____13th Day of December, 2021_____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE  drb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 16-23570-GLT

Kimberly Ann Covert                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: mgut | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2021 | Form ID: pdf900 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kimberly Ann Covert, 138 Anders Lane, Renfrew, PA 16053-9654 |
| sp | + | Joseph M. Kecskemethy, 101 East Diamond Street, Butler, PA 16001-5923 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Peoples TWP LLC, c/o Barbara Rodgers, 375 North Shore Drive, Pittsburgh, PA 15212-5866 |
| 14300644 | + | FNB Consumer Discount Co., 156 S. Broad St., P.O. Box 8, Grove City, PA 16127-0008 |
| 14300646 | + | Jennifer Duncan, 100 Anders Lane, Renfrew, PA 16053-9654 |
| 14294635 | + | KLM Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14345673 | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14294636 | + | Robert G. Covert, 416 Mitchell Avenue, Butler, PA 16001-5467 |
| 14294637 | + | Robert G. Covert, 138 Anders Lane, Renfrew, PA 16053-9654 |
| 14363770 | ##+ | Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14294638 | + | Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14294639 | + | Springleaf Financial Services of PA Inc., American General Financial Services Inc., c/o Shapiro DeNardo LLC, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14300653 | + | Stephanie Kobil, DMD LLC, 257 Pittsburgh Road, Butler, PA 16002-3953 |
| 15400674 | + | U.S. Bank National Association, et. al., C/O Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 14364418 | | US Department of Education, P.O. Box 16448, St. Paul, MN 55116-0448 |
| 14294641 | + | Wilmington Savings Fund Society FSB as, Trustee, Carlsbad Funding Mortgage Trust, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 13 2021 23:10:00 | AmeriCredit Financial Services, Inc. dba GM Financ, 4001 Embarcadero Drive, Arlington, TX 76014-4106 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Dec 13 2021 23:09:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | | Email/PDF: rmscedi@recoverycorp.com | Dec 13 2021 23:17:44 | Recovery Management Systems Corporation, 25 S.E. Second Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14315344 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 13 2021 23:10:00 | Americredit Financial Services dba GM Financial, PO Box 183853, Arlington TX 76096 |
| 14303784 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 13 2021 23:10:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14300643 | + | Email/Text: electronicbkydocs@nelnet.net | Dec 13 2021 23:10:00 | Department of Education/Nelnet, 121 S. 13th St., Lincoln, NE 68508-1904 |

District/off: 0315-2                          User: mgut                                    Page 2 of 3
Date Rcvd: Dec 13, 2021                     Form ID: pdf900                          Total Noticed: 27

| 14300645 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
|---|---|---|---|---|
| | | | Dec 13 2021 23:10:00 | GM Financial, P.O. Box 183834, Arlington, TX 76096-3834 |
| 14300648 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Dec 13 2021 23:10:00 | Nelnet/Dept. of Education, 121 S . 13th St., Lincoln, NE 68508-1904 |
| 14345673 | + | Email/Text: ebnpeoples@grblaw.com | | |
| | | | Dec 13 2021 23:09:00 | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14295020 | | Email/PDF: rmscedi@recoverycorp.com | | |
| | | | Dec 13 2021 23:17:44 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 14300654 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 13 2021 23:17:42 | SYNCB/Amazon, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14307270 | + | Email/Text: electronicbkydocs@nelnet.net | | |
| | | | Dec 13 2021 23:10:00 | U.S. Department of Education C/O Nelnet, 121 S 13TH ST, SUITE 201, LINCOLN, NE 68508-1911 |
| 14364418 | | Email/Text: EDBKNotices@ecmc.org | | |
| | | | Dec 13 2021 23:09:00 | US Department of Education, P.O. Box 16448, St. Paul, MN 55116-0448 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Rushmore Loan Management Services, LLC |
| cr | | U.S. Bank National Association, not in its individ |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | Americredit Financial Services Inc. dba GM Financ., P O Box 183853, Arlington, TX 76096-3853 |
| 14300647 | *+ | KLM Law Group, P.C., 701 Market Street, Philadelphia, PA 19106-1541 |
| 14300649 | *+ | Robert G. Covert, 416 Mitchell Avenue, Butler, PA 16001-5467 |
| 14300650 | *+ | Robert G. Covert, 138 Andlers Lane, Renfrew, PA 16053-9654 |
| 14300651 | *+ | Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14300652 | *+ | Springleaf Financial Services of PA Inc., American General Financial Services Inc., c/o Shapiro DeNardo LLC, 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |
| 14300656 | *+ | Victor Vouga, Esquire, 130 East Jefferson Street, Butler, PA 16001-5919 |
| 14300657 | *+ | Wilmington Savings Fund Society FSB as, Trustee, Carlsbad Funding Mortgage Trust, 500 Delaware Avenue, 11th Floor, Wilmington, DE 19801-1490 |
| 14300655 | ##+ | Victor E. Vouga, 130 East Jefferson Street, Butler, PA 16001-5919 |
| 14294640 | ##+ | Victor Vouga, Esquire, 130 East Jefferson Street, Butler, PA 16001-5919 |

TOTAL: 3 Undeliverable, 8 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2021                     Signature:          /s/Joseph Speetjens

District/off: 0315-2                          User: mgut                                    Page 3 of 3
Date Rcvd: Dec 13, 2021                    Form ID: pdf900                          Total Noticed: 27

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| Brian Nicholas | on behalf of Creditor Rushmore Loan Management Services  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust bnicholas@kmllawgroup.com |
| Dai Rosenblum | on behalf of Debtor Kimberly Ann Covert Jody@dairosenblumbankruptcy.com Dai@dairosenblumbankruptcy.com;Michael@dairosenblumbankruptcy.com |
| Joshua I. Goldman | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust jgoldman@kmllawgroup.com, angelica.reyes@padgettlawgroup.com |
| Maria Miksich | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |
| S. James Wallace | on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| William E. Craig | on behalf of Creditor AmeriCredit Financial Services  Inc. dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 11