**Fill in this information to identify the case:**

Debtor 1   Kimberly Ann Covert

United States Bankruptcy Court for the WESTERN District of Pennsylvania

Case number   16-23570 GLT

---

Official Form 410S1

## Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust | **Court claim no.** (if known): 5 |
| **Last 4 digits** of any number you use to identify the debtor's account: 8136 | **Date of payment change:** Must be at least 21 days after date of this notice    02/01/2020 |
| | **New total payment:**   $1,369.48  Principal, interest, and escrow, if any |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $312.69      New escrow payment: $ 325.43

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
      (*Court approval may be required before the payment change can take effect.*)

      Reason for change: _____

   Current mortgage payment: $_____      New mortgage payment: $_____

---

| Debtor(s) | Kimberly Ann Covert | Case number (*if known*) 16-23570 GLT |
|---|---|---|
| | First Name   Middle Name   Last Name | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ James C. Warmbrodt, Esquire     Date  12/09/2019
Signature

Print:  James C. Warmbrodt, ATT ID: 42524     Title  Attorney for Creditor
        First Name   Middle Name   Last Name

Company:  KML Law Group, P.C.

Address:  701    Market Street, Suite 5000
          Number   Street
          Philadelphia,    PA    19106
          City    State   ZIP Code

Contact phone  (215) 627–1322    Email  jwarmbrodt@kmllawgroup.com